In the Matter of the Petition of FANNIE STUPACK to Render and Settle Her Account as General Guardian of LILLIAN STUPACK, an Infant, etc. FANNIE STUPACK, General Guardian of LILLIAN STUPACK, an Infant, etc., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants; CYRUS S. JULIEN, as Special Guardian for LILLIAN STUPACK, an Infant, etc., Respondent.— Motions for leave to appeal to the Court of Appeals granted. [See ante, p. 740.] Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of the TOWN OF HUNTINGTON, Appellant, for a Certiorari Order to WILLIAM J. BRADFORD and Others, Constituting the Board of Trustees of the Village of Northport, New York, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ALBERT E. JURS, Trading under the Firm Name and Style of SHAND AND JURS COMPANY, Respondent, v. NATIONAL TRUCK TANK CORPORATION, Formerly SCOTT NATIONAL WELDED PRODUCTS CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MARY M. KEOGAN, as Administratrix, etc., of PATRICK J. KEOGAN, Deceased, Substituted as Respondent, v. WILLIAM F. KENNY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

KEW HALL APARTMENTS, INC., Respondent, v. MACGREGOR ORMISTON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

KLEEN HEET OIL COMPANY, Respondent, v. BARTHROOP CO., INC., Defendant; ABRAHAM I. GLADSTONE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MORRIS KORNBLUM, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ELLIS LEVINE, Respondent, v. LUCIEN LELONG and JOSEPH S. STEIN, Appellants, and NELSON MORRIS, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

FANNIE LEVY, Respondent, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ANGELINA MANNINA, Respondent, v. DOMINICK MANNINA, Defendant, and MARGHERITA MANNINA and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ISAAC MENDELSOHN, Respondent, v. JOSEPH ROSENBERG, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.